**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Kaitlyn Nicole Riley,**

    **Plaintiff,**

    v.                               **Case No. 2:15–cv–2865**

**Commissioner of Social Security,**         **Judge Michael H. Watson**

    **Defendant.**

## ORDER

On September 7, 2016, United States Magistrate Judge Kemp, to whom this case was referred pursuant to 28 U.S.C. § 636(b)(1)(B) and General Order 14-01 for the Southern District of Ohio Eastern Division of Columbus, filed a Report and Recommendation ("R&R") concerning the disposition of Kaitlyn Riley's ("Plaintiff") Complaint in this Social Security case.  The R&R recommended overruling Plaintiff's statement of errors and entering judgment in favor of the Commissioner of Social Security.  R&R 12, ECF No. 19.

The R&R notified the parties of their right to file objections to the R&R. *Id.* The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**.  Plaintiff's statement of errors is overruled, and the Clerk shall enter final judgment in this case in favor of the Commissioner of Social Security.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**